# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STEVEN J. LANDIS and <br> JACQUELINE E. LANDIS, <br>  <br>     Plaintiffs, <br>  <br> vs. <br>  <br> HAMSTRA-WIERS, LLC d/b/a WIERS <br> CHEVROLET-GMC, <br>  <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:18-cv-00034-TLS-JEM <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiffs, Steven J. Landis and Jacqueline E. Landis, and Defendant, Hamstra-Wiers, LLC d/b/a Wiers Chevrolet-GMC, by their respective counsels, hereby stipulate to the dismissal of all claims in this matter, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Jeff "JJ" Shaw*
Jeff "JJ" Shaw
Shaw Law Offices
56 Indiana Avenue
Valparaiso, IN 46383
jeffshaw@slipandfalls.com
*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ David A. Izzo*
David A. Izzo, #28196-49
Selective Staff Counsel of Indiana
900 E. 96th Street, Suite 425
Indianapolis, IN 46240
david.izzo@selective.com
*Attorney for Hamstra-Wiers, LLC d/b/a Wiers Chevrolet-GMC*

## **CERTIFICATE OF SERVICE**

I hereby certify the foregoing was electronically filed on this 18th day of March, 2020 through the Court's CM/ECF system, and the following parties were served via CM/ECF system and/or e-mail on the same date:

Jeff "JJ" Shaw
Shaw Law Offices
56 Indiana Avenue
Valparaiso, IN 46383
jeffshaw@slipandfalls.com

                                          */s/ David A. Izzo*
                                          David A. Izzo

Selective Staff Counsel of Indiana
900 E. 96th Street, Suite 425
Indianapolis, IN 46240
Office:  (317) 815-4774
Direct:  (317) 815-4773
Fax:     (855) 515-8240